IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Linda Jacobs, | : | Case No. 1:21-cv-306 |
| Plaintiff, | : | |
| v. | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen L. Litkovitz |
| Lori Watson, Individually and as Trustee of the Robert J. Henderson Revocable Living Trust, as Amended and Restated, | : | **Order Adopting Report and Recommendation** |
| Defendant. | : | |

This matter is before the Court on Defendant Lori Watson's Motion to Dismiss (Doc. 3); Plaintiff Linda Jacob's Memorandum in Opposition and Motion, in the Alternative, for Leave to Amend the Complaint pursuant to Fed. R. Civ. P. 15 (Doc. 5); and the Magistrate Judge's Report and Recommendation (Doc. 7). The Magistrate Jude recommended Plaintiff's Motion be granted and Defendant's Motion be denied as moot.

No objections to the Report and Recommendation have been filed and the time to do so has expired. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (Doc. 7) in all respects. For the reasons set forth in the Report and Recommendation, Plaintiff's Motion, in the Alternative, for Leave to Amend the Complaint (Doc. 5) is **GRANTED** and Defendant's Motion to Dismiss (Doc. 3) is **DENIED** as moot.

**IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court